1  PHILLIP A. TALBERT
United States Attorney
2  BRITTANY M. GUNTER
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
United States of America
7

8

IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,               CASE NO.  1:13-CR-00111-JLT-SKO

12                        Plaintiff,          STIPULATION CONTINUING DETENTION
                                             HEARING; ORDER THEREON
13              v.
                                             DATE: March 15, 2023
14  TONY CHOATE,                             TIME: 2:00 p.m.
                                             COURT: Hon. Erica P. Grosjean
15                        Defendant.

16

17                              **STIPULATION**

18        United States of America, by and through its counsel of record, and defendant, by and through

19  defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for a detention hearing on March 15, 2023.

21        2.      By this stipulation, the government now moves to continue the detention hearing until

22  March 16, 2023, at 2:00 pm before the Duty Magistrate.

23        3.      The parties agree and stipulate, and request that the Court find the following:

24              a)      The defendant's counsel of record identified Jason's Retreat, an inpatient program

25  in Bakersfield, as a potential option for the defendant.

26              b)      Probation intends to tour Jason's Retreat on the morning of March 16, 2022, to

27  determine whether it is a viable option.

28              c)      Alternatively, Probation needs additional time to determine whether space is

STIPULATION CONTINUING DETENTION HEARING          1

1    available for the defendant at the Salvation Army in Fresno.

2            d)       The government requests a continuance to allow Probation to complete the tour

3    and report back to the parties about Jason's Retreat and Salvation Army.

4            e)       The defendant does not object to the continuance.

5

6    IT IS SO STIPULATED.

7

8

9    Dated:  March 14, 2023                           PHILLIP A. TALBERT
                                                       United States Attorney

10

11                                                     /s/ BRITTANY M. GUNTER
                                                       BRITTANY M. GUNTER
                                                       Assistant United States Attorney

12

13

14   Dated:  March 14, 2023                           /s/ ALEKXIA STALLINGS
                                                       ALEKXIA STALLINGS
                                                       Counsel for Defendant
15                                                     TONY CHOATE

16

17                                    ORDER

18       This matter was set for a detention hearing on March 15, 2023.  By this stipulation, the

19   government now moves to continue the detention hearing until March 16, 2023, at 2:00 pm before the

20   Duty Magistrate Judge.

21

22   IT IS SO ORDERED.

23

24   Dated:    **March 14, 2023**                      /s/ Erica P. Grosjean
                                                       UNITED STATES MAGISTRATE JUDGE

25

26

27

28

STIPULATION CONTINUING DETENTION HEARING                    2