IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TONY CHOATE,<br><br>    Defendant. | Case No.: 1:13-CR-00111-001 JLT SKO<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on April 24, 2023, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:  **April 24, 2023**                                    _____
                                                                                 UNITED STATES DISTRICT JUDGE