**LAW OFFICES OF ALEKXIA TORRES STALLINGS**
Alekxia Torres Stallings, SBN 296418
1318 K Street
Bakersfield, CA 93301
(661) 326-0857
(661) 326-0915 (fax)
Email: lextorres@lawtorres.com


Attorney for **TONY CHOATE**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**TONY CHOATE**,<br><br>Defendant. | No. 1:13-cr-00111-1 JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ALEKXIA TORRES STALLINGS AS ATTORNEY OF RECORD AND [~~PROPOSED~~ ORDER]** |

On March 2, 2023, Tony Choate appeared in court for Petition for violation of supervised release.  Alekxia Torres Stallings was appointed as counsel to represent Mr. Choate on 1:13-cr-00111-1 JLT in his criminal case.  Mr. Choate was sentenced re violation petition on April 24, 2023.  The time for filing a direct appeal was May 15, 2023.  No direct appeal was filed.  Mr. Choate was in custody at sentencing. Having completed her representation of Mr. Choate, Alekxia Torres Stallings now moves to terminate her appointment under the Criminal Justice Act.

/

//

///

Should Mr. Choate require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: July 11, 2024                      Respectfully submitted,


                                                    /s/*Alexia Torres Stallings*
                                                    Alexkia Torres Stallings
                                                    Attorney for Tony Choate

1

**[PROPOSED] ORDER**

2

3
    Having reviewed the notice and found that attorney Alekxia Torres Stallings has

4
completed the services for which she was appointed, the Court hereby grants attorney Alekxia

5
Torres Stallings request for leave to withdraw as defense counsel in this matter.  Should

6
Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal

7
Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA

8
93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).

9
If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

10
    The Clerk of Court is directed to serve a copy of this order on Tony Choate at the

11
following address and to update the docket to reflect Defendant's pro se status and contact

12
information.

13
TonyChoate
1403 Shasta Drive.

14
Bakersfield, CA 93308

15

16

17
**IT IS SO ORDERED**

18

19
Dated: July 11, 2024                                    _Jennifer I. Thurston_

20
                                                        UNITED STATES DISTRICT JUDGE

21

22
23

24

25

26

27

28